**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| AS | ) | |
| | ) | Case No. 24-cv-1851 |
| v. | ) | |
| | ) | Judge: Hon. Jeffrey I. Cummings |
| THE PARTNERSHIPS and | ) | |
| UNINCORPORATED ASSOCIATIONS | ) | Magistrate: Hon. David M. Weisman |
| IDENTIFIED ON SCHEDULE "A" | ) | |
| | ) | |

**PLAINTIFF'S *EX PARTE* MOTION FOR LEAVE TO TEMPORARILY SEAL
DOCUMENTS**

Pursuant to Local Rule 5.8 and Fed. R. Civ. P. 26(c)(1), Plaintiff files this Motion

for Leave to Temporarily Seal Documents ("Motion to Seal") requesting leave to file the (1)

Memorandum in Support of the Motion for Temporary Restraining Order; (2) Exhibit 1 to the

Declaration of Plaintiff; and (3) Exhibit 2 to the Declaration of Plaintiff, which contains

screenshot printouts from the infringing websites showing instances of infringement under seal.

In this case, Plaintiff is requesting temporary ex parte relief based on an action for

copyright infringement under the Copyright Act. Sealing these limited portions of the file is

necessary to prevent the Defendants from learning of these proceedings prior to the execution of

the temporary restraining order. If Defendants were to learn of these proceedings prematurely,

the likely result would be the destruction of relevant documentary evidence, the hiding or

transferring of assets to foreign jurisdictions, and the transfer or disablement of the infringing

websites. Such acts would frustrate the purposes of the underlying law and would interfere with

this Court's power to grant relief. Once the temporary restraining order has been served on the

relevant parties and the requested actions are taken, Plaintiff will promptly move to unseal these documents.

Dated this 5th Day of March, 2024.          Respectfully submitted,


By:   s/David Gulbransen/
        David Gulbransen
        Attorney of Record

        David Gulbransen (#6296646)
        Law Office of David Gulbransen
        805 Lake Street, Suite 172
        Oak Park, IL 60302
        (312) 361-0825 p.
        (312) 873-4377 f.
        david@gulbransenlaw.com